UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10019-CR-KING

UNITED STATES OF AMERICA,

vs.

SANDRA VELOZ,

      Defendant.
_____/

## ORDER REGARDING FORFEITURE

THIS CAUSE, having come on before the Court at sentencing, and the Court having directed the United States to file a proposed Order with respect to forfeiture, and the United States having advised the Court that no specific assets of defendant, SANDRA VELOZ, have been identified which are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(6) and Title 8, United States Code, Section 1324(b), and the Court having reviewed the record and for good cause shown, it is hereby:

ORDERED that: No forfeiture shall be entered against defendant, SANDRA VELOZ, as part of her sentence.

DONE AND ORDERED at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 28 day of May 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel